# EXHIBIT 1

| Request # | Description | Received Date | Estimated Delivery Date | Status |
|---|---|---|---|---|
| 2021-CGFO-01281 | communications from Sector Miami concerning the Maersk line and Captain of the Port (COTP) orders from the sector concerning COVID-19 (Date Range for Record Search: From 6/15/2020 To 9/28/2020). | 9/29/2020 | 11/2/2020 | Being processed by SEC Miami with CYBER search |
| 2021-CGFO-01193 | Attached is a post from the Maritime Legal Aid & Advocacy (MLAA) webpage. This post states it is based upon documents provided by the USCG via a FOIA request. MLL requests a copy of the complete USCG FOIA which this post is based upon. (Date Range for Record Search: From 01/01/2020 To 04/28/2021) | 4/28/2021 | 5/31/2021 | CG-6P. Some the responsive materials (original request submission) includes personnaly identifiable information (PII) which is usually protected from release under Exemption 6. PII includes names of individuals (not the name of the requester), email addresses, telephone numbers, etc. Records that contain information that is usually withheld from release must undergo a legal sufficiency review before release. This may add additional time to complete the request. Alternatively, you may amend your request to accept a copy of the responsive records with PII redacted. Please let me know how you wish to proceed. |
| 2021-CGFO-01037 | All records to include but not limited to hand written notes, interview summary and email communications between and/or among Special Agent Denise Robinson, LCGR Brett Sprenger and Ms. Jennifer Mehaffey concerning a conversation with Mr. John Ryan Melogy (a/k/a J Ryan Melogy or Ryan Melogy) on or about Thursday, January 28, 2021. This conversation was memorized by Mr. Melogy in a letter sent to the Honorable Michael J. Devine on February 8, 2021. (Date Range for Record Search: From 02/01/2015 To 04/05/2021) | 4/6/2021 | 5/23/2021 | Final response being coordinated by CG-6P and being processed by CGIS, CG-INV, and NMC |
| 2021-CGFO-01036 | USCG v. STINZIANO Docket Number 2020-0328 CG Enforcement Activity Number 5783758 the following CGIS interview, video and written summary and CG IO interview summary as follows: Exhibit CG-05 date of September 20, 2019 ; Exhibit CG-06 date of September 3, 2020; Exhibit CG-11 date of June 25, 2019; Exhibit CG-12 CG Investigation Officer interview summary date of July 2, 2020Exhibit CG-15 date of August 31, 2020 (Date Range for Record Search: From 02/01/2015 To 04/05/2021) | 4/6/2021 | 5/23/2021 | INV |
| 2021-CGFO-01035 | All statements from Maersk Idaho crewmember or crewmember of any other vessel concerning Mark Steven Stinziano and/or John Ryan Melogy (a/k/a J Ryan Melogy or Ryan Melogy) from any CG investigation. All investigation reports prepared by the CG concerning Mark Steven Stinziano. (Date Range for Record Search: From 2/1/2015 To 4/5/2021) | 4/6/2021 | 5/23/2021 | CGIS |
| 2021-CGFO-01034 | All electronic or paper copies of emails originating from John Ryan Melogy (a/k/a J. Ryan Melogy or Ryan Melogy). All electronic or paper copies of social media posts originated by John Ryan Melogy (a/k/a J. Ryan Melogy or Ryan Melogy) and/or Maritime Legal Aid & Advocacy (MLA). (Date Range for Record Search: From 02/01/2015 To 04/05/2021) | 4/6/2021 | 5/9/2021 | Reopened and submitted to CG CYBER for records search. This will take time for records to be produced as there is only one office in the USCG that has ability to run these searches. |
| 2021-CGFO-01014 | Any and all communications, in any format, to include but not limited to email with attachments and the associated metadata, between and/or among the following: Control Agent CGIS New England Region; DOT OIG New York, New York; SARC USMMA Kings Point, New York; Legal Counsel USMMA; CG Sector; New York IO Shop; New York CGIS Det. New York; John Ryan Melogy (a/k/a J Ryan Melogy and Ryan Melogy; Maritime Legal Aid & Advocacy, LTD (a/k/a Maritime Legal Aid & Advocacy or MLAA); Maritime Legal Solutions, PLLC; Anything concerning the following: CSE-2018-11-000096; ACT-2018-11-000097; ACT-2018-11-000097-0001; ACT-2018-11-000097-0002; ACT-2018-11-000097-0003; ACT-2018-11-000097-0004; (Date Range for Record Search: From 01/01/2018 To 04/03/2021) | 4/5/2021 | 5/8/2021 | CGIS |
| 2021-CGFO-01000 | All records and/or communications, to include but not limited to emails (to/from/cc/bcc) and attachments between any active duty, reserve and/or civilian personnel assigned to CG Sector New York and/or any person connected with the Sandy Hook pilots association and/or any employee of Tabak, Mellusi & Shisha LLP to include but not limited to Jacob Shisha and/or Ralph J. Mellusi. (Date Range for Record Search: From 12/29/2019 To 04/01/2021) | 4/1/2021 | 5/4/2021 | Request is being processed by the CGIS. Due to the requested communications records, an external search must be completed by CGCYBER. |

| Request # | Description | Received Date | Estimated Delivery Date | Status |
|---|---|---|---|---|
| 2021-CGFO-00999 | All communications, in any format, to include but not limited to emails—to/from/cc/bcc John Ryan Melogy (a/k/a J. Ryan Melogy or Ryan Melogy) and/or Maritime Legal Aid & Advocacy, LTD (a/k/a Maritime Legal Aid & Advocacy or MLAA) and/or Maritime Legal Solutions, PLLC and/or Special Agent Denise Robinson and/or Mr. Charles Wolf on or about the following dates: 18 JUL 2020, 20 JUL 2020, 21 JUL 2020, 13 AUG 2020, 14 AUG 2020, 21 AUG 2020, 22 AUG 2020, 24 AUG 2020, 26 AUG 2020, 31 AUG 2020. (Date Range for Record Search: From 02/01/2015 To 03/31/2021) | 4/1/2021 | 5/18/2021 | CGIS |
| 2021-CGFO-00998 | All communications, in any format, between and/or among Ms. Jennifer Mehaffey, Special Agent Denise Robinson and/or LCDR Brett Sprenger on or about 28 JAN 2021 (Date Range for Record Search: From 02/01/2015 To 03/31/2021) | 4/1/2021 | 5/4/2021 | Request was closed as a duplicate of FOIA 2021-CGFO-01307. Correspondence with the notification was sent on April 16, 2021. |
| 2021-CGFO-00997 | All communications, in any format, to include but not limited to emails—to/from/cc/bcc John Ryan Melogy (a/k/a J. Ryan Melogy or Ryan Melogy) and/or Maritime Legal Aid & Advocacy, LTD (a/k/a Maritime Legal Aid & Advocacy or MLAA) and/or Maritime Legal Solutions, PLLC and CG Administrative Law Judge the Hon. Michael J. Devine on or about 08 FEB 2021. (Date Range for Record Search: From 02/01/2015 To 03/31/2021) | 4/1/2021 | 5/18/2021 | ALJ |
| 2021-CGFO-00996 | Communications, in any format, to include but not limited to emails—to/from/cc/bcc John Ryan Melogy (a/k/a J. Ryan Melogy or Ryan Melogy) and/or Maritime Legal Aid & Advocacy, LTD (a/k/a Maritime Legal Aid & Advocacy or MLAA) and/or Maritime Legal Solutions, PLLC and Mr. Charles Wolf, CG Sector New York, on or about 18 JUL 2020. (Date Range for Record Search: From 02/01/2015 To 03/31/2021) | 4/1/2021 | 5/18/2021 | SEC NY |
| 2021-CGFO-00995 | Privilege log of CG notice of 13 emails in CG possession for the matter captioned United States Coast Guard v. Mark Steven Stinziano, USCG Docket No. 2020-0328 CG Enforcement Activity No., 57832758 (Date Range for Record Search: From 02/01/2015 To 03/31/2021) | 4/1/2021 | 5/4/2021 | SEC Boston |
| 2021-CGFO-00994 | Correspondence, in any format between Ms. Jennifer Mchaffey and Mr. William Hewig on or about 14 OCT 2020. (Date Range for Record Search: From 02/01/2015 To 03/31/2021) | 4/1/2021 | 5/4/2021 | Submitted to CG CYBER for communications search |
| 2021-CGFO-00993 | CGIS interview records, statements, summaries to include but not limited to handwritten notes of the following (all dates are approximate): Deck Cadet Benjamin P. Manning (CGIS 20 SEP 2018 and CGIS 03 SEP 2020); CM Mark Stinziano (CGIS JUL 2020); Engine Cadet Ian Stoner (CGIS 03 SEP 2020) | 4/1/2021 | 5/4/2021 | CGIS |
| 2021-CGFO-00991 | 2M John Ryan Melogy (a/k/a J. Ryan Melogy or Ryan Melogy); Ensign Stoner (CGIS 30 AUG 2019 and 24 AUG 2019); USMMA Cadet(s) (CG Sector New York 22 JUL 2020 and 10 Jan 2020); (Date Range for Record Search: From 02/01/2015 To 03/31/2021) | 4/1/2021 | 5/4/2021 | INV |
| 2021-CGFO-00992 | All records related to the Investigation file of Mr. Charles Wolf, CG Sector New York, and John Ryan Melogy (a/k/a J. Ryan Melogy or Ryan Melogy) and/or Maritime Legal Aid & Advocacy, LTD (a/k/a Maritime Legal Aid & Advocacy or MLAA) and/or Maritime Legal Solutions, PLLC and/or Captain Mark Steven Stinziano (Date Range for Record Search: From 02/01/2015 To 03/31/2021) | 4/1/2021 | 5/4/2021 | Submitted to CG CYBER for communications search |
| 2021-CGFO-00987 | an unredacted copy of the response provided in FOIA 2020-CGFO-02724 and a copy of correspondence from individuals within USCG SEC New York, SEC Virginia, and the Hearing Office (Date Range for Record Search: From 2/1/2015 To 3/31/2021) | 3/31/2021 | 5/3/2021 | SEC NY |

| Request # | Description | Received Date | Estimated Delivery Date | Status |
|---|---|---|---|---|
| 2021-CGFO-00985 | All communications, in any format, to include but not limited to emails—to/from/cc/bcc John Ryan Melogy (a/k/a J. Ryan Melogy or Ryan Melogy) and/or Maritime Legal Aid & Advocacy, LTD (a/k/a Maritime Legal Aid & Advocacy or MLAA) and/or Maritime Legal Solutions, PLLC and/or Special Agent Denise Robinson and/or Mr. Eric Bauer. This included but is not limited to communications between Special Agent Denise Robinson and Mr. Eric Bauer concerning John Ryan Melogy (a/k/a J. Ryan Melogy or Ryan Melogy) and/or Maritime Legal Aid & Advocacy, LTD (a/k/a Maritime Legal Aid & Advocacy or MLAA) and/or Maritime Legal Solutions, PLLC. Additionally, emails forward by Special Agent Denise Robinson and Mr. Eric Bauer concerning John Ryan Melogy (a/k/a J. Ryan Melogy or Ryan Melogy) and/or Maritime Legal Aid & Advocacy, LTD (a/k/a Maritime Legal Aid & Advocacy or MLAA) and/or Maritime Legal Solutions, PLLC. | 3/30/2021 | 5/2/2021 | CGIS and D8 |
| 2021-CGFO-00876 | All documents or communications in any format provided to John Ryan Melogy (a/k/a J Ryan Melogy and Ryan Melogy), Maritime Legal Solutions, PLLC and/or Maritime Legal Aid & Advocacy (Date Range for Record Search: From 02/01/2015 To 03/17/2021) | 3/17/2021 | 4/19/2021 | Request submitted to CG CYBER for communications search |
| 2021-CGFO-00875 | Maersk Line, Limited is requesting all United States Coast Guard documents, in any format, and communications, in any format, to include but not limited to electronic communication (a/k/a email) concerning the following individual(s), topics, issues, allegations, and/or investigations for the period of 01 FEB 2015 to the date of this submission: John Ryan Melogy (a/k/a J Ryan Melogy, Ryan Melogy); Captain Mark Stinziano; Maersk Line, Limited; Maersk Idaho; Allegations of sexual assault, sexual harassment made by John Ryan Melogy to include but not limited to pursuant to 46 USC Section 10104 and/or prohibited under 18 USC Chapter 109A.; Maritime Legal Solutions, PLLC; Maritime Legal Aid & Advocacy. The search of USCG personnel includes but is not limited to the following: CDR Eric Runyon; LCDR Eric Rivera; Mr. Charles Wolfe; CAPT Jason Tama; CAPT Zeita Merchant and her predecessor as Deputy Sector Commander Sector New York; BMCM Robert Riemer and his predecessor as Command Master Chief Sector New York; LCDR Brett L. Sprenger; CAPT Jason Neubauer; Ms. Denise F. Robinson; CAPT Jennifer Robinson; CDR Christopher L. Jones; Mr. Joseph D. Myers; CDR Matthew J. Meskun; CAPT Peter S. Niles; Mr. Jack Hern; Ms. Jennifer A. Mehaffey. This also includes but is not limited to investigations conducted by the following: Coast Guard Investigative Service; CAPT Jason Neubauer; LCDR Brett L. Sprenger; CDR Eric Runyon; LCDR Eric Rivera; Mr. Charles Wolfe; Ms. Jennifer A. Mehaffey. (Date Range for Record Search: From 02/01/2015 To 03/17/2021) | 3/17/2021 | 4/19/2021 | Request submitted to CG CYBER for communications search |
| 2021-CGFO-00846 | A copy of FOIA request(s) submitted by J. Ryan Melogy and the United States Coast Guards response(s) with a copy of all documents provided from August 2018 through February 16, 2021; FOIA request(s) submitted by Maritime Legal Aid & Advocacy, LTD (a/k/a Maritime Legal Aid & Advocacy or MLAA) and the United States Coast Guards response(s) with a copy of all documents provided from August 2018 through February 16, 2021' and all U.S. Coast Guard Investigative Service investigation(s) involving Maersk Line, Limited and/or any Maersk Line, Limited employees from February 2015 through February 16, 2021. For fee purposes, Maersk Line, Limited is a private corporation. MLL is willing to pay fees for this request up to a maximum of 1,000. If fees exceed this amount, please notify the undersigned prior to proceeding with this request. Further, MLL will accept records in electronic or paper formats. 5 U.S.C. § 552(a)(6)(A)(i) requires that your agency determine within 20 working days after receipt of this request whether the agency will comply and immediately notify the undersigned of the agency's determination, the reasons therefore and appeal rights in the event of an adverse determination. (D (Date Range for Record Search: From 2/3/2015 To 3/12/2021) | 3/12/2021 | 4/14/2021 | CGIS |

EXHIBIT 1

| Request # | Description | Received Date | Estimated Delivery Date | Status |
|---|---|---|---|---|
| 2021-CGFO-00845 | All records, documents, files and/or communications, in any format, between the U.S. Coast Guard and the U.S. Attorney's Office for the Eastern District of New York concerning allegations made by J. Ryan Melogy against Mark Stinziano as outlined in the attached letter from RADM R. V. Timme, USCG dated March 2, 20121. (Date Range for Record Search: From 02/03/2015 To 03/12/2021) | 3/12/2021 | 4/28/2021 | Request is being processed by the CGIS. Due to the requested communications records, an external search must be completed by CGCYBER. |

\*\* CG CYBER — Searches are conducted by the CYBER team and results are then forwarded to offices for review of the data and release. Processing of individual requests can begin after the CYBER search has been completed.

| Staff Symbol | Formal Name | Point of Contact | Contact Information |
|---|---|---|---|
| CGIS | Coast Guard Investigative Service | Langston Brooks | (202) 372-3039 |
| SEC Miami | Sector Miami | LTJG Alexandria Grant | (786) 295-9011 |
| CG-6P | FOIA Office | Amanda Ackerson | 202-475-3522 |
| CG-INV | Office of Investigations | Thelma Flood | 202-372-1284 |
| NMC | National Maritime Center | Michael Toth | (304) 433-3729 |
| ALJ | Administative Law Judge | Lauren Staiti | (410) 962-5140 |
| SEC NY | Sector New York | Lorin Dailey | (718) 354-4162 |
| SEC Boston | Sector Boston | Ryan Cuga | (617) 557-9081 |

EXHIBIT 1